**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| QUALITY DRIVEN COPACK, INC., | : | No. 39 WAP 2022 |
| Appellant | : | Appeal from the Order of the Commonwealth Court entered November 29, 2022, at No. 862 FR 2013. |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| Appellee | : | |
| QUALITY DRIVEN COPACK, INC., | : | No. 40 WAP 2022 |
| Appellant | : | Appeal from the Order of the Commonwealth Court entered November 29, 2022, at No. 879 FR 2013. |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

  **AND NOW,** this 22nd day of November, 2023, the November 29, 2022 Order of the Commonwealth Court, *en banc*, is affirmed.